IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Albert Pressley Wilson, | ) | C.A. No. 4:05-3597-TLW-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Carolina Power & Light Company, d/b/a | ) | |
| Progress Energy Carolinas, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Plaintiff brought this *pro se* action against the Defendant, his former employer, asserting claims related to his alleged wrongful termination. On September 23, 2008, the Defendants moved to dismiss the Plaintiff's claims. The Plaintiff filed a response on September 25, 2008, and the Defendants replied on October 6, 2008. On February 11, 2009, United States Magistrate Judge Thomas Rogers, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.), filed a Report and Recommendation ("the Report"). In his Report, Magistrate Judge Rogers recommends that the Defendants' motion to dismiss be granted in part and denied in part. Neither party objected to the Magistrate's Report. .

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th

Cir. 1983).

In light of this standard, the Court has carefully reviewed the Magistrate's Report and the record in this case. This Court concludes that the Report accurately summarizes this case and the applicable law and that summary judgment is proper. Therefore, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 70), and that the Defendants' motion to dismiss is **GRANTED IN PART AND DENIED IN PART** (Doc. # 59).

**IT IS SO ORDERED.**

          S/ Terry L. Wooten
          **TERRY L. WOOTEN**
          **UNITED STATES DISTRICT JUDGE**

March 20, 2009
Florence, South Carolina