IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Albert Pressley Wilson, | ) | C.A. No. 4:05-3597-TLW-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Carolina Power & Light Company, d/b/a | ) | |
| Progress Energy Carolinas, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Plaintiff brought this *pro se* action against the Defendant, his former employer, asserting claims related to his alleged wrongful termination. On June 4, 2009, the Defendant moved to dismiss the Plaintiff's claims. The Plaintiff filed a response on July 8, 2009. On July 20, 2009, United States Magistrate Judge Thomas Rogers, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.), filed a Report and Recommendation ("the Report"). In his Report, Magistrate Judge Rogers recommends that the Defendant's motion for summary judgment be granted and this case be dismissed. The Plaintiff filed objections on July 24, 2009, and the Defendant responded to those objections on July 27, 2009.[1]

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in

---

[1] This is the second Report and Recommendation issued by Judge Rogers in this case. The first Report recommended dismissal of this action without service of process because of deficiencies in Plaintiff's allegations. In his objections to the first Report, Plaintiff asserted additional facts which this Court determined sufficient to cure the deficiencies. This Court therefore declined to accept the Report and allowed this action to proceed.

whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

In light of this standard, the Court has carefully reviewed the Magistrate's Report and the record in this case. This Court concludes that the Report accurately summarizes this case and the applicable law and that summary judgment is proper. Therefore, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 124), and this case is dismissed.

**IT IS SO ORDERED.**

                                                    S/ Terry L. Wooten
                                                    **TERRY L. WOOTEN**
                                                    **UNITED STATES DISTRICT JUDGE**

August 17, 2009
Florence, South Carolina